**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 206 MAL 2023
                                 :
                    Respondent   :
                                 :
                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court
              v.                 :
                                 :
                                 :
COURTNEY LAMAR SLADE,            :
                                 :
                    Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.